■ In the Matter of AARON J. JAFFE, an Attorney. Respondent reinstated as an attorney and counselor at law of the State of New York. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Steuer, JJ.

■ McCARTNEY MUSIC, INC. v. MELODY LANE PUBLICATIONS, INC., et al. — Motion to dismiss appeal for failure to prosecute granted with $20 costs, unless the appellants perfect the appeal for the March 1975 Term of this court. The issue of waiver of right to appeal may be raised by the parties in their briefs and is reserved for consideration by the appeal bench (cf. *Robbins v. Rubin*, 42 A D 2d 560). Concur — McGivern, P. J., Markewich, Nunez, Kupferman and Murphy, JJ.

■ In the Matter of BRADLEY BARTON DAVIS, an Attorney — Motion to reinstate respondent as an attorney and counselor at law in the State of New York granted. Concur — McGivern, P. J., Markewich, Nunez, Murphy and Tilzer, JJ.